IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IVAN THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CASS, NEBRASKA, et al.,<br><br>Defendants. | 8:21CV356<br><br>**MEMORANDUM AND ORDER** |

On September 14, 2021, the court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. (Filing 4.) To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders

2. The court will enter judgment by a separate document.

Dated this 22nd day of October 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge